LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE WILKINS and WILLOW JONES,<br><br>            Plaintiffs,<br>    v.<br>STATE OF CALIFORNIA; COUNTY OF ORANGE; MICHAEL MURRAY; LARRY YELLIN; WESLEY VANDIVER; JOSEPH MORRISON and DOES 1-10,<br><br>            Defendants. | Case No.: 8:20-cv-2417 JLS (DFMx)<br><br>*Judge: Hon. Josephine L. Staton*<br><br>**NOTICE OF UNAVAILABILITY OF LEAD TRIAL COUNSEL RE: THE NOVEMBER 5, 2021 HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:  November 5, 2021<br>Time: 10:30 a.m. |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT Plaintiffs Cole Wilkins and Willow Jones, by and through their attorneys of record, hereby notify this Court of the unavailability of lead trial counsel with respect to the November 5, 2021, hearing on Defendants' motions to dismiss. Plaintiffs acknowledge that this Court's webpage states that trial counsel is expected to appear at all conferences and hearings, including motion hearings. Mr. Galipo will be out of town and unavailable. Plaintiffs submit that good cause exists to allow Ms. Masongsong to appear in place of Dale K. Galipo at the November 5, 2021, hearings due to a scheduling conflict. Ms. Masongsong is counsel of record for Plaintiffs in this matter and is handling the law and motion in this matter. For these reasons, Plaintiffs respectfully request an order allowing their attorney Renee V. Masongsong to appear on behalf of Dale K. Galipo at the November 5, 2021, hearings in this matter, or, in the alternative, for the hearings to be moved to a new date.

Dated: November 1, 2021       LAW OFFICES OF DALE K. GALIPO

               By: */s/ Renee V. Masongsong*
                 Dale K. Galipo
                 Renee V. Masongsong
                 Attorneys for Plaintiffs