Name, Address and Telephone Number of Attorney(s):

Daniel S. Roberts, Bar No. 205535

droberts@colehuber.com

COLE HUBER LLP

2855 E. Guasti Rd., Ste. 402, Ontario, CA 91761

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE WILKINS, <br><br> Plaintiff(s) <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 8:20-cv-2417 JLS (DFMx) <br><br><br> MEDIATION REPORT |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): January 18, 2023 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.

   ☐ Defendant or defendant's representative failed to appear.

   ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   The mediator will follow up with counsel for all parties by mid February to determine if they desire a second mediation session.

Dated: January 18, 2023

/s/ Daniel S. Roberts

Signature of Mediator

Daniel S. Roberts

Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*