LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE WILKINS,<br><br>             Plaintiff,<br>v.<br>WESLEY VANDIVER; JOSEPH MORRISON,<br><br>             Defendants. | Case No.: 8:20-cv-2417 JLS (DFMx)<br><br>*Judge: Hon. Josephine L. Staton*<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT WESLEY VANDIVER** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, COLE WILKINS, and Defendant, WESLEY VANDIVER, have reached a settlement of Plaintiff's claims against Defendant WESLEY VANDIVER only. Plaintiff and WESLEY VANDIVER shall file a stipulation and request for dismissal with prejudice of Plaintiff's claims against WESLEY VANDIVER only and dismissal with prejudice of party, Defendant WESLEY VANDIVER from this action. The settlement between Plaintiff and WESLEY VANDIVER does not preclude Plaintiff from pursuing his remaining claims against any remaining defendant, including JOSEPH MORRISON.

Dated: June 5, 2023                         LAW OFFICES OF DALE K. GALIPO

                                            By: */s/*
                                                Dale K. Galipo
                                                Renee V. Masongsong
                                                Attorneys for Plaintiff COLE WILKINS


Dated: June 5, 2023                         COLLINS + COLLINS

                                            By: */s/*
                                                Rebecca J. Chmura
                                                Michael L. Wroniak
                                                Attorneys for WESLEY VANDIVER