**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLE WILKINS,<br>　　　　　　Plaintiff,<br>　　v.<br>WESLEY VANDIVER; JOSEPH MORRISON,<br>　　　　　　Defendants. | Case No.: 8:20-cv-2417 JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT WESLEY VANDIVER ONLY, WITH PREJUDICE (Doc. 149)** |

Having reviewed the stipulation filed by Plaintiff, COLE WILKINS, and Defendant, WESLEY VANDIVER, it is hereby ordered as follows:

Defendant WESLEY VANDIVER is dismissed with prejudice from this action. The dismissal WESLEY VANDIVER does not preclude Plaintiff from pursuing his remaining claims against any remaining defendant, including JOSEPH MORRISON. Each side shall bear its own costs and fees.

IT IS SO ORDERED.

DATED: June 8, 2023

*(signature)*
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE