LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE WILKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESLEY VANDIVER; JOSEPH MORRISON,<br><br>　　　　　Defendants. | Case No.: 8:20-cv-2417 JLS (DFMx)<br><br>*Judge: Hon. Josephine L. Staton*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOSEPH MORRISON; REQUEST TO VACATE ALL DATES** |

COME NOW Plaintiff COLE WILKINS and Defendant JOSEPH MORRISON, by and through their counsel of record ("the Parties") and hereby notify this Honorable Court as follows:

1. The Parties have participated in a mediation with Honorable Joseph Hilberman and have reached a conditional settlement of Plaintiff's claims against JOSEPH MORRISON, who is the only remaining defendant in the case, for a specified amount.

2. The settlement will be recommended to and must be approved by the appropriate authorities.

3. The parties jointly stipulate and request that the Court vacate all pending dates, including all pretrial filing deadlines and the final pretrial conference date.

4. The parties further request that this Court retain jurisdiction over this matter to enforce the terms of the settlement.

Dated: July 18, 2023         LAW OFFICES OF DALE K. GALIPO

                             By:  s/ Renee V. Masongsong
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorneys for Plaintiff COLE WILKINS

Dated: July 18, 2023         ROB BONTA
                             Attorney General of California
                             DONNA M. DEAN
                             Supervising Deputy Attorney General
                             HAIYANG ALLEN LI
                             Deputy Attorney General

                                  s/ Donna M. Dean
                             DONNA M. DEAN
                             Supervising Deputy Attorney General
                             *Attorneys for Defendant Joseph Morrison*