1    LAW OFFICES OF DALE K. GALIPO
     Dale K. Galipo, Esq. (SBN 144074)
2    dalekgalipo@yahoo.com
     Renee V. Masongsong (SBN 281819)
3    rvalentine@galipolaw.com
     21800 Burbank Boulevard, Suite 310
4    Woodland Hills, CA  91367
     Telephone:   (818) 347-3333
5    Facsimile:   (818) 347-4118

6    *Attorneys for Plaintiff*

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11    COLE WILKINS,            Case No.: 8:20-cv-2417-JLS-DFMx

12            Plaintiff,          Assigned to:

13                    *Hon. Josephine L. Staton*
                        *Hon. Douglas F. McCormick*
14       v.

15    JOSEPH MORRISON,       **STIPULATION AND REQUEST
                        FOR DISMISSAL OF ACTION**
16            Defendant.      **WITH PREJUDICE**

17
                        [*Proposed*] Order filed concurrently
18                         herewith

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL

1   TO THE HONORABLE COURT,

2       COME NOW, Plaintiff Cole Wilkins, and Defendant Joseph Morrison, by and

3   through their respective attorneys of record, hereby stipulate as follows:

4       1. WHEREAS, Plaintiff and Defendant Joseph Morrison have reached a

5           settlement of Plaintiff's claims.

6       2. WHEREAS, Defendant has delivered the settlement draft to Plaintiff's

7           counsel.

8       3. WHEREAS, Plaintiff and Defendant Joseph Morrison hereby stipulate and

9           request that this action be dismissed, with prejudice.  Each side shall bear

10          its own costs and fees.

11

12

13  Dated: October 9, 2023                    LAW OFFICES OF DALE K. GALIPO

14

15                                  By:  s/ Renee V. Masongsong
                                         Dale K. Galipo
16                                       Renee V. Masongsong
                                         *Attorneys for Plaintiff*
17                                       *Cole Wilkins*

18

19  Dated: October 9, 2023                    ROB BONTA
20                                            Attorney General of California
                                              DONNA M. DEAN
21                                            Supervising Deputy Attorney General
                                              HAIYANG ALLEN LI
22                                            Deputy Attorney General
23

24                                  By:  s/ Donna M. Dean
                                         Donna M. Dean
25                                       Supervising Deputy Attorney General
                                         *Attorneys for Defendant*
26                                       *Joseph Morrison*
27

28

-2-

STIPULATION FOR DISMISSAL